UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 3:11-00054

ERNEST JAMES JOHNSON

O R D E R

It is ORDERED that leave of Court be and it is hereby granted for the filing of the dismissal without prejudice of Count Five of the indictment in this case.

The Clerk is directed to send a certified copy of this Order to all counsel of record, to the defendant Ernest James Johnson, and to the United States Marshals Service.

ENTER: 7/12/11

_____
ROBERT C. CHAMBERS
United States District Judge