IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION



UNITED STATES OF AMERICA

v.                                                        CRIMINAL ACTION NO. 3:11-00054

ERNEST JAMES JOHNSON

### WRITTEN PLEA OF GUILTY

In the presence of Dana Eddy, my counsel, who has fully explained the charges contained in the indictment against me, and having received a copy of the indictment before being called upon to plead, I hereby plead guilty to the charges contained in counts one, two, three, four, six, seven, eight, nine, eleven, twelve, and thirteen of the indictment.

DATE: __Aug. 16, 2011__          _____
                                                    DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT