IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:11-00054

ERNEST JAMES JOHNSON

**ORDER**

At the hearing held in this matter on September 13, 2011, the Court granted in part and denied in part the Defendant's Motion in Limine (Doc. 53). The Court denied the Defendant's motion to exclude the stipulation of facts contained in the Defendant's plea agreement from use in the Prosecution's case in chief; the Court granted the Defendant's motion to redact the portion of the stipulation of facts discussing the Defendant's prior convictions; the Court denied the Defendant's motion to exclude the firearm seized in an unrelated investigation and directed that testimony be limited to the fact that the weapon was found pursuant to a search warrant in an unrelated case and that the serial numbers match the gun seen in the Defendant's possession.

The Court reserved decision on the Defendant's motion to exclude testimony regarding the specific circumstances of his 2007 robbery conviction .

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

Enter: September 13, 2011

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE