IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

FILED
SEP 14 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO. 3:11-00054

ERNEST JAMES JOHNSON

# VERDICT

As to the charge of Carrying a Firearm During and in Relation to a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A), as contained in Count Ten of the indictment, we the jury find the defendant Ernest James Johnson:

\_\_yes\_\_ GUILTY        _____ NOT GUILTY

DATE: \_\_9-14-11\_\_

FOREPERSON